IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: * CASE NO. 22-31022
    Janice Sims Bray *
*
* CHAPTER 13
*

Pursuant to Local Rule 9007-1, this motion will be taken under advisement by the Court and may be granted unless a party in interest files a response within 21 days of the date of service. Responses must be served upon the moving party and, in the manner directed by Local Rule 5005-1, filed with the Clerk electronically or by U.S. mail addressed as follows: Clerk, U.S. Bankruptcy Court, One Church Street, Montgomery, Alabama 36104.

MOTION TO DETERMINE MORTGAGE FEES, EXPENSES OR CHARGES PURSUANT TO RULE 3002.1(e)

    **COMES NOW** the debtor, Janice Sims Bray, by and through her attorney of record, Mary Conner Pool, files this motion to determine mortgage fees and expenses pursuant to Rule 3002.1(e), in response to U.S. Bank Trust National Association's Notice of Post-petition Mortgage Fees, Expenses, and Charges filed as supplement for claim #12 and states as follows:

1. On June 13, 2022, the debtor filed Chapter 13.

2. The plan was confirmed on August 15, 2022.

3. U.S. Bank Trust filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges (hereinafter "Notice") on November 28, 2022. The attached bill from Rubin Lublin, LLC reflects a $575.00 fee for Proof of claim fees.

4. The $575.00 Proof of claim fee is unreasonable and excessive.

5. This Court has held that charging an amount this high for proof of claim preparation for a debtor's personal residence is excessive and unreasonable. *In re Ochab*, 586 B.R. 803, 809-10 (Bkrtcy M.D. Ala. 2018).

6. In *Ochab*, this Court said that a "$500 fee for filing a proof of claim on a debtor's personal residence is excessive and unreasonable, whether or not an attorney prepares the proof of claim." *Id.*at 809

7. Because the Notice attempts to assess an unreasonable $575.00 charge per *Ochab* to the debtor's mortgage account for proof of claim preparation fees, this amount should be stricken or at the very least reduced to an amount that is reasonable for the services rendered.

**WHEREFORE, THESE PREMISES CONSIDERED,** Debtor prays the court enter an Order striking the Proof of claim fee as excessive and unreasonable and provide for such other and further relief as this Court deems necessary and proper in the circumstance.

Respectfully submitted this 27th day of December, 2022.

                                                  BOND, BOTES, SHINN & DONALDSON, P.C.

By: /s/ Mary Conner Pool
Attorney for Debtor
P.O. Box 4479
Montgomery, Alabama 36103
Phone (334) 264-3363
Fax (334) 230-5406
mpool@bondnbotes.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by mailing a copy of same to them on this 27th day of December, 2022.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Trustee, (via electronic filing)

**By First Class Mail, Postage Prepaid:**
Janice Sims bray (via email)
Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619.
Rubin Lublin, LLC, 11 N. Water Street, Suite 10290. Mobile, AL 36602.

/s/ Mary Conner Pool
Attorney for Debtor